# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

JAMES L. BROWN, :

      Petitioner, : Case No. 1:12-cv-644

  - vs - : Chief Judge Susan J. Dlott
      Magistrate Judge Michael R. Merz

WARDEN WARREN CORRECTIONAL :
INSTITUTION,
      :
      Respondent.

---

### ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. #35), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendation.

It is hereby ORDERED that the Petition is DISMISSED as moot. Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

April 17, 2014.

                                            _Susan J. Dlott_
                                            Susan J. Dlott
                                     Chief United States District Judge